RECEIVED

SEP - 6 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HARUN SHARIF-EL<br>aka FRUQUAN HOPKINS<br>aka HARUN ABDUL SHARIF<br>LA. DOC #433521 | CIVIL ACTION NO. 3:13-cv-0213 |
| VS. | SECTION P |
| | JUDGE DONALD E WALTER |
| WARDEN BURL CAIN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3 day of September, 2013.

Donald E. Walter
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE